**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael MOTA, Defendant–Appellant.**

No. 05–20250.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**559**

PER CURIAM: \*

Rafael Mota pleaded guilty without a plea agreement to aiding and abetting and conspiracy to possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin and was sentenced to 46 months of imprisonment. Mota argues that 21 U.S.C. § 841 is facially unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As Mota concedes, his argument is foreclosed by circuit precedent. *See United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000). He raises the issue only to preserve it for Supreme Court review. The district court's judgment is

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.